UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 08-272 (WHW) |
| SAMUEL JAY TRAVIN, and GARY WEISBROT | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendants Samuel Jay Travin (by his attorney, Lawrence S. Goldman) and Gary Weisbrot (by his attorney, Lawrence S. Horn) for an Order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and all parties having consented to the entry of this continuance order under the Speedy Trial Act, and good cause having been shown;

WHEREFORE, IT APPEARING that:

1.  The discoverable materials in this matter include voluminous amounts of documents and evidence that has been and will continue to be made available for inspection and discovery.

2.  Each defense counsel will need additional time to review the discovery in this matter and to prepare motions for filing with the Court.

3. The case is in its pretrial discovery phase and is so unusual and complex because of the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by 18 U.S.C. § 3161, the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(B)(ii).

4. The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

5. The ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and each defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

THEREFORE, IT IS on this 24 day of June 2008 it is hereby ORDERED as follows:

6. Defendants will file pretrial motions on July 23, 2008;

7. The United States will file responses to pretrial motions on August 22, 2008;

8. Defendants will file reply briefs on September 11, 2008;

9. The return date for pretrial motions will be determined by the Court after receiving the parties' filings;

10. The parties will file any motions in limine, voir dire requests, and requests to charge on October 15, 2008;

11. Trial will commence on October 21, 2008; and

12. This matter will be continued from June 16, 2008 through October 21, 2008 and that period shall be excluded for the purposes of computing time under the Speedy Trial Act.

_____
HON. WILLIAM H. WALLS
United States Senior District Judge