UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

May 27, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable William H. Walls
Senior District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, NJ 07102-0999

        RE:    Samuel Travin
        Dkt.# 08-272-001
        <u>Request for Permission for Out-of-State Travel with Temporary Suspension of Home Confinement/Electronic Monitoring</u>

Dear Judge Walls,

On August 4, 2009, Your Honor sentenced the above-named individual for Conspiracy to Defraud the United States. Travin was sentenced to 5 years probation with 12 months of home confinement with electronic monitoring. Due to his residency in Delray Beach, Florida, Travin has been supervised in the Southern District of Florida.

Travin is requesting permission to travel to New York from June 19-27, 2010 to attend various family functions, including his granddaughter's high school graduation, a school recital, and a gathering of family members to celebrate his 50th wedding anniversary. In order to do this, his home confinement with electronic monitoring will need to be suspended for eight days, which will be added on to the end of the home confinement period. Based on his compliancy, the AUSA, supervising probation officer, and our office have no objections to this travel. This travel permission may be revoked if the offender becomes noncompliant with his supervision.

We are respectfully recommending that Your Honor grant permission for this temporary suspension of home confinement so the offender can travel out-of-state. If Your Honor has any questions, please contact me at (973) 223-0820. Thank you!

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Maureen Kelly
Supervising U.S. Probation Officer

__✓__ Granted

_____ Denied

_____
The Honorable William H. Walls

_____
Date